The order of the general term of the court below reversing the judgment for plaintiff entered upon the verdict in his favor, and granting a new trial, should be reversed, and the judgment affirmed, with costs to the appellant.

---

## GEARY et al. v. MELVIN et al.

*(Supreme Court, General Term, First Department. November, 1891.)*

Action by William H. Geary and others against Eliza A. Melvin and others. No opinion. Upon payment of $10 costs of the previous motion to dismiss, and $10 costs of the present motion, this motion will be denied.

---

## HODGMAN v. BARKER.

*(Supreme Court, General Term, First Department. November, 1891.)*

Action by George F. Hodgman against Stephen B. Barker. No opinion. Motion granted, with $10 costs. See 14 N. Y. Supp. 574.

---

## KEATING, Appellant, v. KEATING, Respondent.

*(Supreme Court, General Term, First Department. November, 1891.)*

Action by Neil McLeod Keating against Adeline F. Keating. No opinion. Motion denied.

---

## In re MYERS' ESTATE.

*(Supreme Court, General Term, First Department. November, 1891.)*

Judicial settlement of the accounts of Henry S. Myers as administrator of Jacob Charles Myers, deceased. No opinion. The delay in serving order upon previous motion was so great that this motion should be denied.

---

## NORFOLK & N. B. HOSIERY CO. v. ARNOLD.

*(Supreme Court, General Term, First Department. November, 1891.)*

Action by the Norfolk & New Brunswick Hosiery Company against Anna M. Arnold. No opinion. Motion to dismiss appeal granted, with $10 costs.

---

## PEOPLE ex rel. PUTZEL v. SIMONSON et al.

*(Supreme Court, General Term, First Department. November, 1891.)*

Application by Charles Putzel for a *mandamus* to compel John Simonson and others, inspectors of an election by stockholders, to count certain votes, and amend their certificate of election. No opinion. Motion granted. See 16 N. Y. Supp. 118.

---

## TAUZIEDE v. JUMEL et al.

*(Supreme Court, General Term, First Department. November, 1891.)*

Action by Albert Jean Tauziede against Francis Henry Jumel and others. No opinion. Motion for reargument denied, with $10 costs. See 15 N. Y. Supp. 24; 16 N. Y. Supp. 377, 378.